UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MIB, LLC,<br>RYAN POLOKOFF,<br>SABINE KISSEE, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 1:23-cv-00001-TWP-TAB |
| MIKE FIELD individually, and in their official capacities as Members of the Board of Zoning Appeals for the City of Noblesville, Indiana,<br>DAVE BURTNER individually, and in their official capacities as Members of the Board of Zoning Appeals for the City of Noblesville, Indiana,<br>JIM HANLON individually, and in their official capacities as Members of the Board of Zoning Appeals for the City of Noblesville, Indiana,<br>DAN MAC INNIS individually, and in their official capacities as Members of the Board of Zoning Appeals for the City of Noblesville, Indiana,<br>LAUREN WAHL individually, and in their official capacities as Members of the Board of Zoning Appeals for the City of Noblesville, Indiana,<br>CALEB GUTSCHALL individually, and in his official capacity as Director, Department of Planning and Development, City of Noblesville, Indiana,<br>AARON SMITH Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville,<br>DARREN PETERSON Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville,<br>BRIAN AYER Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville,<br>MARK BOICE Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

| | |
|---|---|
| MIKE DAVIS Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville, | ) ) ) |
| PETE SCHWARTZ Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville, | ) ) ) |
| DAN SPARTZ Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville, | ) ) ) |
| GREG O'CONNOR Individually, and in their Official Capacites of Members of the Common Council of the City of Noblesville, | ) ) ) |
| MEGAN WILES Individually, and in their Official Capacities Members of the Common Council of the City of Noblesville, | ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

The Court having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**. Judgment is entered in favor of Defendants and against Plaintiffs MIB LLC, Ryan Polokoff, and Sabine Kissee. This action is **TERMINATED**.

Dated: 8/24/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Michael C. Cooley
ALLEN WELLMAN MCNEW HARVEY
mcc@awmh.net

Beth Ann Copeland
Taft Stettinius & Hollister
bcopeland@taftlaw.com

Chou-il Lee
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
clee@taftlaw.com

Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT & CIVIL RIGHTS LEGAL SERVICES PC
jaym@ecrls.com

Silvia B. Miller
Allen Wellman McNew Harvey LLP
sbm@awmh.net